# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 4, 2025

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

**Re: *United States v. Andrew Gonzalez*, 24 Cr. 584 (NRB)**

Dear Judge Buchwald:

I write to respectfully request that the Court adjourn this conference (scheduled for February 11) for approximately 30 days. The Government consents to this request, which is my first request for an adjournment. The parties are engaged in plea discussions but seek additional time to complete that process.

Should the Court grant an adjournment, Mr. Gonzalez and I consent to an exclusion of time under the Speedy Trial Act until the adjourn date.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Patrick R. Maroney, Esq.

---

Application granted. The February 20, 2025 conference is adjourned until March 13, 2025 at 11:00 a.m. The Court excludes time under the Speedy Trial Act until March 13, 2025. See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date: February 5, 2025
New York, New York