# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2025

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Re: *United States v. Andrew Gonzalez*, 24 Cr. 584 (NRB)

Dear Judge Buchwald:

I write to respectfully request that the Court adjourn sentencing in this matter (currently scheduled for June 10) to August 19, 2025. The Government consents to this request. Mr. Gonzalez wishes to adjourn sentencing so that he may take his GED exam, which is scheduled for late-June, prior to sentencing. He is interested in doing so because he has put significant effort into preparing for the exam and because he has been told that passing the GED will favorably impact his eventual post-sentencing designation/classification within the BOP.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Patrick R. Maroney, Esq.

*Handwritten annotation:* Application granted. Naomi Reice Buchwald, USDJ 5/20/25