# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

July 25, 2025

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

**Re:  *United States v. Andrew Gonzalez*, 24 Cr. 584 (NRB)**

Dear Judge Buchwald:

I write to respectfully request that the Court adjourn sentencing in this matter (currently scheduled for August 19) to a date in late November or early December. The Government consents to this request. This is my second request for an adjournment; the Court granted the first.

Mr. Gonzalez has now passed four of five GED exams, but still needs to take the fifth to complete his GED. In addition, he has been placed in MDC's "non-residential" drug treatment program, but will not complete that program until mid-November. He wishes to finish both things for his own sake and because doing so will favorably impact his eventual post-sentencing designation/classification within the BOP.

While we acknowledge that this is a lengthy adjournment request, we note that Mr. Gonzalez faces a five-year mandatory minimum sentence and so will not be prejudiced by the adjournment. Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny

Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Patrick R. Maroney, Esq.

---

Application granted.  Defendant's sentencing submission shall be due on November 19, 2025. The Government's submission shall be due on November 24, 2025.  The sentencing hearing shall be held on December 9, 2025 at 11:00 A.M.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          September 16, 2025