# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2025

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York

Application granted.  Sentencing is
adjourned to December 18, 2025 at 3:00 p.m.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: December 1, 2025
      New York, New York

**Re:**  *United States v. Andrew Gonzalez*, **24 Cr. 584 (NRB)**

Dear Judge Buchwald:

I write to respectfully request that the Court adjourn sentencing in this matter (currently scheduled for December 9) to December 18 at 3:00 p.m. The Government consents to this request. I make this request because I will be on trial before Judge Carter in *United States v. Sean Welch*, 24 Cr. 79 (ALC), on the currently scheduled sentencing date.

I note that both parties' sentencing submissions have already been filed. Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Patrick R. Maroney, Esq.